**James A. WIDTFELDT, Trustee, Appellant,**

v.

**HOLT COUNTY BOARD OF EQUALIZATION; Nebraska Tax Equalization and Review Commission; State of Nebraska; Holt County Board of Equalization of the State of Nebraska; United States of America, Appellees.**

**James A. Widtfeldt, Trustee, Appellant,**

v.

**Holt County Board of Equalization; Nebraska Tax Equalization and Review Commission; State of Nebraska, Appellees,**

**Holt County Board of Equalization, of the State of Nebraska, Defendant,**

**United States of America, Appellee.**

**Nos. 06–3271, 06–3352.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 3, 2008.

Filed: April 11, 2008.

James A. Widtfeldt, Atkinson, NE, pro se.

Thomas P. Herzog, O'Neill, NE, Leonard Jay Bartel, Attorney General's Office, Lincoln, NE, Leonard Jay Bartel, State of Nebraska Attorney General, Lincoln, NE, Robert Homan, U.S. Attorney's Office, Omaha, NE, for Defendant.

Before BYE, SMITH, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

In these consolidated appeals, James Widtfeldt appeals the district court's [1] dismissals of his two complaints, each containing the same claims against the same defendants. Having carefully reviewed the parties' arguments and the submissions on appeal, we find no basis for reversal. Accordingly, the judgments of the district court are affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.